UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHERINE KEARNEY,

    Plaintiff,                         CASE NO.:

v.

SAFECO INSURANCE COMPANY
OF ILLINOIS,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, Safeco Insurance Company of Illinois, pursuant to 28 U.S.C. §§ 1441 *et seq.*, removes this action from the Circuit Court of the Thirteenth Judicial Circuit of Florida in and for Hillsborough County.

**I.    State Court Case**

1.    Plaintiff filed this lawsuit in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

2.    On February 9, 2023, Safeco Insurance Company of Illinois was served with the amended complaint.

3.    The amended complaint contains two counts related to a claim made by Plaintiff for uninsured/underinsured motorist coverage. Count one requests uninsured motorist coverage benefits. Count two alleges Safeco Insurance Company of Illinois acted in bad faith in the handling of the insurance claim.

4. This Notice of Removal is filed within 30 days of receipt of the amended complaint pursuant to 28 U.S.C. § 1446(b).

5. 28 U.S.C. § 1446(a) requires Safeco Insurance Company of Illinois to file copies of all process, pleadings, and orders served upon it. Local Rule 1.06 requires Safeco Insurance Company of Illinois to file a copy of each paper docketed in the state court. These documents are attached hereto as Exhibit A.

6. This case is removed to the United States District Court for the Middle District of Florida, Tampa Division because the State Court action was brought in Hillsborough County. 28 U.S.C. §§ 1441(a), 1446(a); Local Rule 1.04.

## II.   Jurisdiction

7. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because the controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

8. There is complete diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1).

9. Plaintiff, Katherine Kearney, is a citizen of Florida.

10. Pursuant to 28 U.S.C. § 1332(c)(1), Safeco Insurance Company of Illinois is a citizen of Illinois and Massachusetts by virtue of being organized under the law of Illinois with its principal place of business in Boston, Massachusetts.

11. The amount in controversy exceeds $75,000, exclusive of interest and costs.

12. On or about October 7, 2021, Plaintiff sent Safeco a letter claiming over $240,000 in medicals and demanding payment of uninsured/underinsured motorist policy limits of $500,000 stacked times two. A true and accurate copy of this October 7, 2021 demand is attached hereto as Exhibit B.

13. On or about April 18, 2022, Plaintiff sent Safeco a letter claiming over $380,000 in medicals and demanding payment of uninsured/underinsured motorist policy limits of $500,000 stacked times two. A true and accurate copy of this April 18, 2022 demand is attached hereto as Exhibit C.

14. On or about September 1, 2022, Plaintiff sent Safeco a supplemental demand claiming over $388,000 in medicals and demanding payment of uninsured/underinsured motorist policy limits. A true and accurate copy of this September 1, 2022 demand is attached hereto as Exhibit D.

15. Plaintiff also filed a Civil Remedy Notice, which demands that Safeco "pay[] the policy limits of $1,000,000.00." A true and accurate copy of this Civil Remedy Notice is attached hereto as Exhibit E.

16. Accordingly, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## III.  Conclusion

17. Safeco Insurance Company of Illinois removes this case to the United States District Court for the Middle District of Florida.

18. Safeco Insurance Company of Illinois demands trial by jury on all issues so triable.

19. Promptly after filing this notice of removal, Safeco Insurance Company of Illinois will give written notice to all adverse parties and will file a copy of this notice with the clerk of the State court pursuant to 28 U.S.C. §1446(d).

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Jamie Combee Novaes
MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
mlavisky@butler.legal
JAMIE COMBEE NOVAES, ESQ.
Florida Bar No.: 108447
jnovaes@butler.legal
Secondary:   ehorton@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
Counsel for Defendant,
Safeco Insurance Company of Illinois

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

> Morgan L. Gaynor, Esq.
> Boohoff Law, P.A.
> 829 West Martin Luther King Jr. Boulevard
> Tampa, FL  33603
> mgaynor@boohofflaw.com
> Secondary:  service@boohoffpa.com; jdodgen@boohofflaw.com
> Attorneys For:  Plaintiff

by email on February 23, 2023.

/s/ Jamie Combee Novaes
JAMIE COMBEE NOVAES, ESQ.